UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE #1, *et al*., <br><br> Plaintiff, <br><br> v. <br><br> ANDREW HALL and MARGARET MIMS, <br><br> Defendants. | Case No. 1:20-cv-00600-NONE-JDP <br><br> ORDER DIRECTING THE CLERK'S OFFICE TO CLOSE THE CASE <br><br> ECF No. 15 |

On September 14, 2020, the parties filed a stipulation to dismiss with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  ECF No. 15.  The stipulation is signed by all parties that have appeared.  The court therefore directs the clerk's office to close the case.

IT IS SO ORDERED.

Dated:   September 15, 2020                         _____
                                                                                     UNITED STATES MAGISTRATE JUDGE


No. 205.